UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 14-20857-CR-SEITZ

UNITED STATES OF AMERICA

v.

RAFAEL ZARATE RUIZ,

        Defendant.
_____/

## ORDER DENYING SUPPLEMENTARY MOTION TO RETURN PROPERTY

THIS MATTER is before the Court on Defendant's Supplementary Motion for Return of Property [DE 46], seeking return of his cell phone. Under Federal Rule of Criminal Procedure 41(g), an individual may move for the return of seized property, however a Rule 41(g) motion "is properly denied if . . . the government's need for the property as evidence continues." *United States v. Garcon*, 406 F. App'x 366, 369 (11th Cir. 2010) (quotation omitted). Here, Defendant acknowledges that the phone is not being returned because it contains evidence.[1] Therefore, it is

ORDERED THAT

Defendant's Supplementary Motion for Return of Property [DE 46] is **DENIED**.

DONE AND ORDERED in Miami, Florida, this __7__ day of October, 2015.

                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    *Pro se* Defendant

---

[1] Because "the undisputed facts showed that [defendant] was not entitled to relief under Rule 41(g)" at this time, no evidentiary hearing is needed. *United States v. Prat*, 584 F. App'x 921, 925 (11th Cir. 2014) *cert. denied*, 135 S. Ct. 1872 (2015).

1